UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEFAN CHADWICK CRAWMER,<br><br>Defendant. | CASE NO. 3:21-cr-138<br><br>JUDGE WALTER H. RICE<br><br>INDICTMENT<br>18 U.S.C. § 2113(a) and (d)<br>18 U.S.C. § 922(g)(1)<br>18 U.S.C. § 924(a)(2)<br>18 U.S.C. § 924(c)(1)(A)(ii) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### [18 U.S.C. § 2113(a) and (d)]

On or about July 1, 2021, in the Southern District of Ohio, defendant **STEFAN CHADWICK CRAWMER**, by force, violence, and intimidation, did take from the person or presence of a Peoples Savings Bank employee teller, money belonging to and in the care, custody, control, management and possession of the Peoples Savings Bank, 618 Scioto Street, Urbana, Ohio, the deposits of which were then insured by the Federal Deposit Corporation, and the defendant, **STEFAN CHADWICK CRAWMER**, in committing the aforesaid offense, did put in jeopardy the lives of employees and customers of said bank by means and use of a dangerous weapon, that is, a handgun.

In violation of 18 U.S.C. § 2113(a) and (d).

//
//
//

## COUNT 2
## [18 U.S.C. § 2113(a) and (d)]

On or about August 7, 2021, in the Southern District of Ohio, defendant **STEFAN CHADWICK CRAWMER**, by force, violence, and intimidation, did take from the person or presence of a Richwood Bank employee teller, money belonging to and in the care, custody, control, management and possession of the Richwood Bank, 2454 N. Limestone Street, Springfield, Ohio, the deposits of which were then insured by the Federal Deposit Corporation, and the defendant, **STEFAN CHADWICK CRAWMER**, in committing the aforesaid offense, did put in jeopardy the lives of employees and customers of said bank by means and use of a dangerous weapon, that is, a handgun.

In violation of 18 U.S.C. § 2113(a) and (d).

## COUNT 3
## [18 U.S.C. § 2113(a) and (d)]

On or about August 17, 2021, in the Southern District of Ohio, defendant **STEFAN CHADWICK CRAWMER**, by force, violence, and intimidation, did take from the person or presence of a Civista Bank employee teller, money belonging to and in the care, custody, control, management and possession of the Civista Bank, 205 S. Detroit Street, West Liberty, Ohio, the deposits of which were then insured by the Federal Deposit Corporation, and the defendant, **STEFAN CHADWICK CRAWMER**, in committing the aforesaid offense, did put in jeopardy the lives of employees and customers of said bank by means and use of a dangerous weapon, that is, a handgun.

In violation of 18 U.S.C. § 2113(a) and (d).

## COUNT 4
## [18 U.S.C. § 924(c)(1)(A)(ii)]

On or about July 1, 2021, in the Southern District of Ohio, defendant **STEFAN CHADWICK CRAWMER**, knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States – namely, Bank Robbery in violation of Title 18, United States Code Section 2113(a) and (d).

In violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## COUNT 5
## [18 U.S.C. § 924(c)(1)(A)(ii)]

On or about August 7, 2021, in the Southern District of Ohio, defendant **STEFAN CHADWICK CRAWMER**, knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States – namely, Bank Robbery in violation of Title 18, United States Code Section 2113(a) and (d).

In violation of 18 U.S.C. § 924(c)(1)(A)(ii).

## COUNT 6
## [18 U.S.C. § 924(c)(1)(A)(ii)]

On or about August 17, 2021, in the Southern District of Ohio, defendant **STEFAN CHADWICK CRAWMER**, knowingly used, carried, and brandished a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States – namely, Bank Robbery in violation of Title 18, United States Code Section 2113(a) and (d).

In violation of 18 U.S.C. § 924(c)(1)(A)(ii).

//

//

## COUNT 7
### [18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about October 21, 2021, in the Southern District of Ohio, defendant **STEFAN CHADWICK CRAWMER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce.

In violation of 18 U.S.C §§ 922(g)(1) and 924(a)(2).

### FORFEITURE ALLEGATION

Upon conviction of any offense set forth in Counts 1 through 7 of this Indictment, defendant **STEFAN CHADWICK CRAWMER** shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), any firearms and ammunition, involved in or used in such violations(s), including but is not limited to:

- Smith and Wesson M&P Bodyguard 380, SN KDZ2592 with magazine containing five (5) rounds of ammunition;
- Springfield XDS, 40 caliber, SN 3526268 with five (5) rounds of ammunition; and
- .22 caliber rifle, SN unknown and fifteen (15) rounds of ammunition.

A TRUE BILL

S/
FOREPERSON

**VIPAL J. PATEL**
**ACTING UNITED STATES ATTORNEY**

**AMY M. SMITH (0081712)**
**NICHOLAS A. DINGELDEIN (NY 5284674)**
**Assistant United States Attorneys**