IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

  vs.

STEFAN CRAWMER,

    Defendant.

:

: Case No. 3:21cr138

: JUDGE WALTER H. RICE

:

---

DECISION AND ENTRY OVERRULING DEFENDANT'S MOTION TO
REVOKE DETENTION ORDER PURSUANT TO 18 U.S.C. §3145(c) OR
FOR FURLOUGH (DOC. #51); REASONING SET FORTH

---

While sympathetic to the Defendant's wishes to be with his fiancée as she recovers from serious surgery, this Court, upon reflection and upon review of the Pretrial Services Report and the transcript of the Detention Hearing (Doc. #54-1), concludes that the Defendant's Motion to Revoke Detention Order pursuant to 18 U.S.C. §3145(c) or for Furlough (Doc. #51) is not well taken and same is, therefore, OVERRULED in its entirety.

A review of the Initial Pretrial Services Report reveals that Defendant has a lengthy criminal record, including prior weapons offenses, has a history of violence or use of weapons, has a criminal record that indicates a history of violation of court orders, has violated the conditions of probation, parole or supervised release previously imposed by courts, has mental health issues, lack of legitimate or verifiable employment, and, moreover, has recently pled guilty to an offense, similar to his 2010 conviction, that subjects him to the possibility of a sentence of up to fifteen years imprisonment. As a result, this Court simply concludes that there

exists no condition or combination of conditions such as would guarantee the appearance of the Defendant when necessary or the safety of any other person and the community. Twenty-four hour lockdown status, coupled with the highest degree of monitoring, is simply insufficient, in this Court's opinion, to guarantee Defendant's appearance when necessary or the safety of any other person and the community.

Having entered a plea of guilty to a charge for which the parties have agreed, pursuant to Fed. R. Crim. P. 11(c)(1)(C), to a sentence not to exceed fifteen years, and awaiting sentencing, Title 18 U.S.C. §3143 subsection a is both instructive and applicable. Said statutory section states that an individual in Defendant's situation shall be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released. This Court cannot make such a finding.

August 3, 2022

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Leticia Vazquez-Villa, US Pretrial Services Officer

2